JOHN J. ROCHFORD et al., Respondents, v. FRED DOBMEIER, Appellant, et al., Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss the complaint in an action to compel defendants to account to plaintiffs for their share in profits or commissions received by defendants Greenspun and Dobmeier in the sale of an option on property.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

In the Matter of DUNKIRK LUMBER & COAL COMPANY et al., Respondents; JOHN W. STAPF et al., as Executors of JOHN A. STAPF, Deceased, Appellants.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree vacates a decree settling the accounts of executors and permits the filing of objections to said accounts.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

MICHELE COVINO, Individually and as Administrator of the Estate of YOLANDA COVINO, Deceased, Appellant, v. GEORGE A. ROBINSON, Doing Business under the Name of ROCHESTER FIREWORKS COMPANY, et al., Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for damages for the death of plaintiff's intestate resulting by reason of an explosion at the plant of defendant at which plaintiff's intestate was employed.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See *post*, p. 958.]

In the Matter of the Judicial Settlement of the Accounts of CHARLES A. WHITE, as Administrator of the Estate of PETER BAKOS, Deceased.— Motion to amend order entered May 7, 1941, so as to provide that costs of the appeal should be paid by the appellant personally instead of out of the estate denied. (See 262 App. Div. 801, 954.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

MORRIS R. WARD, Appellant, v. MARY BOCHINO, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. (See *ante*, p. 814.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

## (October 5, 1944.)

RAYMOND S. TOOLE, Respondent, v. MASSACHUSETTS INDEMNITY INSURANCE COMPANY, Appellant.— Appeal dismissed, without costs upon stipulation.

In the Matter of OSCAR J. BROWN, Respondent, against BURTON DOUST, as Commissioner of Health of the City of Syracuse, et al., Appellants.— Order reversed on the law, without costs of this appeal to any party, and motion to dismiss the proceeding granted, without costs, on the ground that the facts stated in the petition are insufficient to warrant the relief which is sought in that they show no appeal taken to the mayor as required by law. All concur. (The order denies defendants' motion to dismiss a proceeding to vacate the action of a health board and grants petitioner's application for a revocation of the action of defendants.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.